O 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

CAB-01-152

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

United States District Court
Southern District of Texas
FILED

MAR 0 2 2001

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: I DUSM BOTTOMLY, SPOKE TO CHARLOTTE YOUNGBLOOD MOTHER TO THOMAS YOUNGBLOOD. MRS YOUNGBLOOD STATED THAT HER SON DID NOT LIVE WITH HER AND THAT SHE DID NOT KNOW WHERE HE LIVES NOR DOES SHE KNOW WHERE HE WORKS. SHE FURTHER STATED THAT IT HAS BEEN SOMETIME SINCE SHE SAW HIM LAST.

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

**RETURNED UNEXECUTED 2/5/01**

Executed on _____
          Date

Signature of Server: Mary Bottomly, DUSM

MARY BOTTOMLY, DUSM
600 E. HARRISON #1032, BROWNSVILLE, TX 78520
Address of Server

United States District Court
Southern District of Texas
RECEIVED
MAR 2 - 2001
Michael N. Milby, Clerk

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.